AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ERIC AARON McFADDEN ) | Case No: 4:03cr00176-01 JMM |
| ) | USM No: 23014-009 |
| Date of Previous Judgment: January 12, 1999 ) | Jerome T. Kearney |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ❒ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __75__ months **is reduced to** __TIME SERVED__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __27__            Amended Offense Level: __25__
Criminal History Category: __I__          Criminal History Category: __I__
Previous Guideline Range: __70__ to __87__ months   Amended Guideline Range: __57__ to __71__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
The period of supervised release of five (5) years previously imposed remains in effect with the special condition that the defendant shall be placed in home detention for a period of thirty (30) days with the use of electronic monitoring. Costs associated with electronic monitoring will be paid by the government. The defendant will be allowed out for employment, church, and medical reasons and the probation officer will establish reasonable morning leave and evening return time to monitor this schedule.

Except as provided above, all provisions of the judgment dated __1/12/1999__ shall remain in effect.

**IT IS SO ORDERED**.
The Clerk is directed to provide a copy of this order to Defendant.

Order Date: __March 3, 2008__                                  __/s/ James M.Moody__
                                                                              Judge's signature

Effective Date: As soon as possible, but                    JAMES M. MOODY, U.S. DISTRICT JUDGE
                       no later than 3/14/2008                            Printed name and title